

*10/26/2010 Sustained.*

# United States Bankruptcy Court
# for the District of Massachusetts

In Re:

    Stephanie T. Basile            Petition No.: 09-18375
    Debtor                        Chapter 11

## DEBTOR'S OBJECTION TO CLAIM OF ALFRED & SHEILA ANGELONE

Now comes Stephanie T. Basile (the "Debtor") in the above entitled matter, who objects to Creditor No. 2 of Debtor's Schedule F of Alfred and Sheila Angelone (the "Claimants") pursuant to Bankruptcy Code § 502 and F. Rule of Bankr. Proc. 3007(d).

As grounds therefore, Debtor states as follows:

1. On or about 6/16/2009, Claimants filed suit in Rhode Island Superior Court, Washington County, against Debtor alleging that Debtor failed to fully disclose certain deficiencies in respect to the sale of certain real property located at 137 Lloyd Road, Saunderstown, RI (the "Property").

2. Debtor answered said suit denying each and every allegation.

3. On August 28, 2009, the Debtor filed a voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

4. Debtor listed said debt as disputed with the amount unknown on Schedule F and listed the suit in her Statement of Financial Affairs.

5. Said suit was stayed due to the implementation of the automatic stay and has yet to be resolved.

6. Debtor has recently referred the matter to her errors and omissions carrier for processing.

7. Claimants never filed a proof of claim either before or after the bar date.

8. For the reasons set forth above, Debtor has no liability on this claim and recommends that $0.00 be allowed.

WHEREFORE, debtor respectfully requests, pursuant to 11 U.S.C. § 502, that the Court enter an order disposing of the herein referenced claim as recommended herein and granting the Debtor such other relief as this court deems fair

Respectfully submitted,
Edward G. Lawson

/s/Edward G. Lawson 9/27/2010
Edward G. Lawson
BBO# 645647
260 Lonsdale Avenue
Pawtucket, RI 02860
401-725-1810
401-725-2244 fax
lawsonlaw@cox.net
lawsonlawri.com

*United States Bankruptcy Court*
*for the District of Massachusetts*

In Re:

    Stephanie T. Basile           Petition No.: 09-18375
    Debtor                           Chapter 11

**CERTIFICATE OF SERVICE**

    I, Edward G. Lawson, do hereby certify that I have this day served a copy of the **DEBTOR'S OBJECTION TO CLAIM OF ALFRED & SHEILA ANGELONE,** by electronic mailing on those registered to receive electronic notice otherwise by first class mail, postage prepaid to Alfred C. And Sheila H. Angelone, c/o Hodosh, Spinella & Angelone, One Turks Head Place, Suite 81, Providence, RI 02903.

                                        For the debtor,
                                        By her attorney:

                                        /s/ Edward G. Lawson 9/27/2010
                                        Edward G. Lawson
                                        BBO# 645647
                                        260 Lonsdale Avenue
                                        Pawtucket, RI 02860
                                        401-725-1810
                                        401-725-2244 fax
                                        lawsonlaw@cox.net
                                        lawsonlawri.com